# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 6, 2019

Lyle W. Cayce
Clerk

No. 19-50421
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JORGE LORENZO GRACIDA-INFANTE,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:19-CR-317-1

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

The district court's order granting the Government's motion to detain Jorge Lorenzo Gracida-Infante and reversing the magistrate judge's order setting conditions of bond is AFFIRMED. This court applies a deferential standard of review when considering a district court's pretrial detention order. *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992); *United States v. Hare*, 873 F.2d 796, 798 (5th Cir. 1989). Reviewing the record as a whole under

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-50421

this deferential standard of review, we hold that Gracida-Infante has not established his entitlement to relief.